In the Matter of KATHLEEN KARLSBERG, Appellant, v TAX APPEALS TRIBUNAL OF THE STATE OF NEW YORK et al., Respondents.

Decided October 25, 2011

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.

MARKO S., Also Known as MARKO ALEXANDER S., Also Known as MARKO A., Respondent, v HEATHER S., Also Known as HEATHER KIM S., Appellant.

Submitted August 22, 2011; decided October 25, 2011

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FEOID HAFFIZ, Appellant.

Submitted September 12, 2011; decided October 25, 2011

Motion to vacate this Court's August 25, 2011 dismissal order granted [see 17 NY3d 812 (2011)].

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SALEEM KHAN, Appellant.

Submitted August 29, 2011; decided October 25, 2011

Motion to strike portions of respondent's brief denied.